UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.  1:25-cv-20341-AHS

Etian Torres
and Pablo Ramos,

    Plaintiff,

vs.

Techno Piling LLC
and Matias Georget

    Defendants.
_____/

**SUMMONS IN A CIVIL CASE**

**TO:** Techno Piling LLC through its Registered Agent:

    MATIAS F GEORGET
    1230 JEFFERSON ST
    HOLLYWOOD, FL 33019

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

    Elvis J. Adan, Esq.
    Fla. Bar No.: 24223
    GALLARDO LAW OFFICE, P.A.
    8492 SW 8th Street
    Miami, Florida 33144
    Telephone: (305) 261-7000

an answer to the complaint which is herewith served upon you, within **21 days** after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_____        Jan 23, 2025
                                _____
                                DATE



SUMMONS

s/ Nadhege Augustin
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:25-cv-20341-AHS

Etian Torres
and Pablo Ramos,

    Plaintiff,

vs.

Techno Piling LLC
and Matias Georget

    Defendants.
_____/

**SUMMONS IN A CIVIL CASE**

**TO:** Matias Georget:

    1230 JEFFERSON ST
    HOLLYWOOD, FL 33019

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

    Elvis J. Adan, Esq.
    Fla. Bar No.: 24223
    GALLARDO LAW OFFICE, P.A.
    8492 SW 8th Street
    Miami, Florida 33144
    Telephone: (305) 261-7000

an answer to the complaint which is herewith served upon you, within **21 days** after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SUMMONS

Jan 23, 2025
DATE

s/ Nadhege Augustin
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court